# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 3:23-mj-100
Silver Chevrolet Impala bearing Ohio License Plate )
JXM7370 )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Silver Chevrolet Impala bearing Ohio License Plate JXM7370

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC s. 841(a)(1) | possession with intent to distribute and to distribute controlled substances |

The application is based on these facts:

See Attached Affidavit of G. Tyler Orndorff

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ G. Tyler Orndorff*
*Applicant's signature*

G. Tyler Orndorff, TFO of the FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by reliable electronic means. Telephone

Date: 3/21/23

City and state: Dayton, Ohio

Peter B. Silvain, Jr.
United States Magistrate Judge

**AFFIDAVIT IN SUPPORT OF APPLICATION**

I, G. Tyler Orndorff, a Task Force Officer ("TFO") with both the Federal Bureau of Investigation ("FBI") and City of Dayton Police Department ("DPD"), hereby make the following sworn statement under penalty of perjury:

**INTRODUCTION**

1. I have been employed as a sworn law enforcement officer with the DPD for the past ten (10) years. I currently serve as a Detective with the DPD. I am also presently assigned as a TFO with the FBI Dayton Resident Office's Safe Streets Task Force (SSTF). As such, I am sworn under the Title 21, United States Code ("U.S.C."), Section 878, to serve as an officer of the United States duly authorized to conduct federal criminal investigations and execute federal arrests for violations of offenses set forth under Titles 18 and 21 of the U.S.C.

2. I am also a TFO with the DPD's Major Case/Drug Enforcement Unit. Since 2019, I have almost exclusively concentrated on the investigations of: narcotics, firearms, and gang-related criminal investigations. During my law enforcement career, I have attended numerous law enforcement training courses and seminars concerning the investigation of drug trafficking organizations. I have participated in many firearm-related arrests and executions of search warrants that have resulted in the seizure of large quantities of narcotics and firearms. I have additionally participated in many undercover -purchases of narcotics, and supervised the activities of police informants. I have also personally participated in investigating individuals suspected of possessing, manufacturing, distributing, and importing large quantities of various controlled substances. Based on my extensive law enforcement training and experience, I am familiar with the various manners and means drug traffickers and their criminal organizations typically employ within the United States.

1

## PURPOSE OF AFFIDAVIT

3. I make this affidavit in support of an application for a search warrant for the following vehicle: a Silver Chevrolet Impala bearing Ohio License Plate JXM7370 (hereinafter, the "Impala"). As detailed below, I submit that probable cause presently exists to believe that evidence, contraband, fruits of crime, and other items illegally possessed, as well as property designed for use, intended for use, relating to violations of 21 U.S.C. § 841(a)(1) (possession with intent to distribute and distribution of controlled substances) exists can and will be found inside the Impala.

4. A specific list of items to be seized from Impala are described in Attachment A, which is also incorporated herein by reference. I have not included every detail known to the present investigation, but only have set forth information deemed necessary to establish probable cause that the evidence associated with above-described drug trafficking offense is located in the Impala.

## PROBABLE CAUSE

5. On March 20, 2023, I witnessed a Silver Chevrolet Impala bearing Ohio License Plate JXM7370 (i.e., the Impala) traveling west bound on West Third Street in Dayton, Ohio. I recognized the car and its plate from a recent law enforcement investigation concerning Jason Glanton. Through that investigation, law enforcement learned that the Impala was registered to him. During mid-March 2023, that investigation led to a federal indictment and arrest warrant for Glanton in the United States District Court for the Southern District of Ohio for, among other things, distribution of controlled substances, possession with intent to distribute controlled substances in a school zone, and possession of a firearm in furtherance of a drug trafficking crime. I knew that the warrant for his arrest was active.

6. Law enforcement followed the Impala to a home in the Dayton, Ohio area and watched as Glanton exited the Impala, entered the home, and then returned to the vehicle. Upon returning to the Impala, Glanton drove from the residence. Law enforcement continued to follow the Impala and, while doing so, noticed that it had excessive window tint. The Impala ultimately pulled into the backyard of an empty/abandoned residence at 49 North Decker, Dayton, Ohio. It came to rest next to a garage at this location, but the vehicle was not parked on a parking pad or driveway. The Impala remained running, and Glanton stayed inside of the vehicle.

7. Believing that Glanton had observed law enforcement following him and was now attempting to hide in the backyard of the Decker property, officers approached the Impala and contacted Glanton, who was in the vehicle's driver seat. Officers secured Glanton on the outstanding federal warrant and, incident to that arrest, searched him and discovered on his person a large sum of cash ($1,000) in twenty-dollar bills. Law enforcement also noticed the smell of raw marijuana coming from the car and observed in plain view on the Impala's center console marijuana residue or shake.

8. Given Glanton's arrest and the Impala's location on what appeared to be a vacant/abandoned residence, I requested a tow of the Impala. Before removing the Impala from the property through a tow, law enforcement performed a search (e.g., an inventory search and probable search) of the car and discovered a small void in the car inside of which was hidden several bags of suspected fentanyl, cocaine, heroin, crack cocaine along with a digital scale. Specifically, the items included: Bag #1 55.6g of suspected fentanyl, Bag #2 18.9g of suspected fentanyl, Bag #3 11.2g of cocaine, Bag #4 1.5g of cocaine, Bag #5 10.6g of crack cocaine, Bag #6 2.9g of suspected heroin. Law enforcement tested Bag #3, and it returned for the presence of cocaine. Based on my training and experience, I know that the quantities of suspected drugs

represent distribution – not personal use – amounts of controlled substances.

9. It should be noted that, during early February 2023, law enforcement executed a search warrant at 847 Pool Avenue in the Dayton, Ohio area, including a vehicle on the curtilage of the residence. While executing the search, officers discovered Glanton in the residence as well as controlled substances. A search of the car -- which was registered to Glanton – led to the discovery of a hidden compartment within it that housed a loaded Glock handgun. Based on my training and experience, I know that drug traffickers commonly carry firearms to protect themselves and their drugs from rival drug dealers.

10. Based on the discovery of two voids within vehicles registered to Glanton as well as the recovery of a firearm and drugs from them, I believe that it is highly probable that the Impala may contain additional hidden compartments or voids containing contraband – including: controlled substances, items used to facilitate the trafficking of controlled substances (e.g., scales, baggies, cutting agents, cellular telephones), currency that may represent proceeds of drug trafficking activity, firearms or ammunition.

## CONCLUSION

11. Based on the facts set forth in this Affidavit, I believe probable cause exists to conclude that evidence, contraband, fruits of crime, and other items illegally possessed, as well as property designed for use, intended for use, relating to violations of 21 U.S.C. § 841(a)(1) (possession with intent to distribute and distribution of controlled substances) exists can and will be found inside the Impala.

*G. Tyler Orndorff*
G. Tyler Orndorff
Task Force Officer
Federal Bureau of Investigation

Sworn and subscribed before me via telephone on this  21st  day of March 2023.

Peter B. Silvain, Jr.
United States Magistrate Judge

5

# ATTACHMENT A

  The items to be searched for and seized are evidence, contraband, fruits of crime, and other items illegally possessed, as well as property designed for use, intended for use, relating to violations of 21 U.S.C. § 841(a)(1) (possession with intent to distribute and distribution of controlled substances) including, but not limited to:

A.  Controlled substances

B.  Items used to facilitate the trafficking of controlled substances (e.g., scales, baggies, cutting agents, cellular telephones)

C.  Currency that may represent proceeds of drug trafficking activity

D.  Firearms and ammunition.